# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MENCHACA,<br><br>    Plaintiff,<br><br>    v.<br><br>WARDEN JAMES YATES, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:08-cv-01492-GSA PC<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR RELIEF FROM RESPONDING TO THE COMPLAINT, AND FOR A THIRTY-DAY EXTENSION OF TIME TO RESPOND TO THE COMPLAINT, TO COMMENCE UPON ISSUANCE OF SCREENING ORDER<br><br>(Doc. 1) |

Plaintiff Steven Menchaca ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983 and California tort law. Defendants Yates and Igbinosa ("Defendants") removed this action from Fresno County Superior Court on October 1, 2008. 28 U.S.C. § 1441(b). Defendants request to be relieved of their obligation to respond to the complaint pending screening by the Court pursuant to 28 U.S.C. § 1915A. Fed. R. Civ. P. 81(c). Defendants seek a thirty-day extension of time to respond to the complaint, to commence upon issuance of the screening order

Defendants' request is HEREBY GRANTED, and Defendants shall have **thirty (30) days** to file a response to the complaint, to commence upon issuance of the screening order.

IT IS SO ORDERED.

Dated:   **October 3, 2008**                    **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE

1